UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SUFFOLK, ss.                                    Civil Action No. 1:11-cv-11489-RGS

RICHARD PARELES,
    Plaintiff,

v.

PARNTERS HEALTHCARE SYSTEM
INC., NEWTON-WELLESLEY HOSPITAL
MANIJEH G. ZHARGAMEE MD.
PAMELA J. CORMIER R.N.
    Defendants.

AFFIDAVIT OF THE PLAINTIFF IN SUPPORT OF PLAINTIFF'S OPPOSITION TO
DEFENDANT NEWTON-WELLESLEY HOSPITAL ET AND MANIJEH G. ZARGHAMEE
M.D.'S MOTION TO REFER ACTION TO MASSACHUSETTS SUPERIOR COUR FOR
SCREENING BY A MEDICAL TRIBUNAL

I, Richard M. Pareles, do hereby depose and state as follows

1. I have been a member of the Massachusetts Bar in good standing for 23 years, and am a respected attorney in all the courts where I practice. The claim that I covered myself in open sores by scratching myself and ran to hospitals in a fit of psychosis is ludicrous.

2. I am 55 years old. This was the most horrible ailment I have ever had. The skin on my ankles split open so badly I could barely walk, and there were painful oozing sores all over my body. The Defendants' portrayal of it as some kind of delusion is truly insulting.

3. On three occasions insects emerged from my skin, accompanied by hours of agonizing pain. I brought one of those insects to Newton-Wellesley Hospital.

4. The statements by the hospital personnel concerning the items I brought them to analyze are extremely deceptive and self serving.

5. I charge $300.00 an hour, in light of my years of experience, and I spent 1042 minutes researching and writing this motion, bringing my bill to $5,210.00.

Signed under the pains and penalties of perjury on this date.

DATED: 12/30, 2011            Richard M. Pareles