Commonwealth of Massachusetts
County of Suffolk
The Superior Court

CIVIL DOCKET# SUCV2012-00443

11 CU 11489
RGS

Richard Pareles,
vs.
Newton Wellesley Hosptial,

FILED
IN CLERKS OFFICE
2012 MAY 10 P 12:59

*I certify*

# FINDING OF THE MEDICAL MALPRACTICE TRIBUNAL
(Pursuant to M.G.L. Chapter 231 Section 60(B) as amended)

The above entitled action came on for hearing before the appointed medical tribunal on 04/27/2012, and was argued by counsel, and thereupon, upon consideration thereof, the plaintiff(s) offer of proof, pleadings, hospital records and other documents presented, the tribunal finds:

*(1) For the plaintiff(s) _____ and that the evidence presented if properly substantiated is sufficient to raise a legitimate question of liability appropriate for judicial inquiry.

*(2) For defendant(s) __Newton Wellesley Hospital only__ as to all events that occurred before 5/28/08 because the plaintiff(s) _____ action is merely an unfortunate medical result.

MFM

(Emf)

If a finding is made for the defendant or defendants in the above entitled action ~~the plaintiff may pursue the claim through the usual judicial process only upon filing bond in the amount of Six Thousand ($6,000.00) Dollars in the aggregate secured by cash or its equivalent with the Clerk/Magistrate of this court, payable to the defendant or defendants in said action for costs assessed, including witness and expert fees and attorneys fees if the plaintiff(s) does/do not prevail in the final judgment. The presiding justice may, within his/her discretion, increase the amount of the bond required to be filed.~~ **If said bond is not posted within thirty (30) days of the tribunal's finding the action shall be dismissed.** Upon motion filed by the plaintiff(s), and a determination by the court that the plaintiff(s) is/are indigent said justice may reduce the amount of the bond but may not eliminate the requirement thereof.

Dated: 04/27/2012

Justice of the Superior Court

_____
Associate Justice of the Superior Court Dept.

Legal Member: _____
Attorney - Tribunal Member

Medical Member: _____
Physician - Tribunal Member

cm

I HEREBY ATTEST AND CERTIFY ON
April 30, 2012, THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY: _____
Assistant Clerk

Commonwealth of Massachusetts
County of Suffolk
The Superior Court

CIVIL DOCKET# SUCV2012-00443

*[handwritten margin note:] No action taken as to Cormier as no signature in tribunal was agreed by Cormier. Em Fahey 4/0*

*[handwritten:] Att. 6*

Richard Pareles,
vs.
Pamela J Cormier,

### FINDING OF THE MEDICAL MALPRACTICE TRIBUNAL
(Pursuant to M G L. Chapter 231, Section 60(b) as amended)

The above entitled action came on for hearing before the appointed medical tribunal on 04/27/2012, and was argued by counsel, and thereupon, upon consideration thereof, the plaintiff(s) offer of proof, pleadings, hospital records and other documents presented, the tribunal finds.

*(1) For the plaintiff(s) _____ and that the evidence presented if properly substantiated is sufficient to raise a legitimate question of liability appropriate for judicial inquiry.

*(2) For defendant(s) _____ because the plaintiff(s) _____ action is merely an unfortunate medical result.

If a finding is made for the defendant or defendants in the above entitled action **the plaintiff may pursue the claim through the usual judicial process only upon filing bond in the amount of Six Thousand ($6,000.00) Dollars in the aggregate** secured by cash or its equivalent with the Clerk/Magistrate of this court, payable to the defendant or defendants in said action for costs assessed, including witness and expert fees and attorneys fees if the plaintiff(s) does/do not prevail in the final judgment. The presiding justice may, within his/her discretion, increase the amount of the bond required to be filed. **If said bond is not posted within thirty (30) days of the tribunal's finding the action shall be dismissed**. Upon motion filed by the plaintiff(s), and a determination by the court that the plaintiff(s) is/are indigent said justice may reduce the amount of the bond but may not eliminate the requirement thereof.

Dated: **04/27/2012**

Justice of the Superior Court

_____
Associate Justice of the Superior Court Dept.

Legal Member: _____
Attorney - Tribunal Member

Medical Member: _____
Physician - Tribunal Member

cm

I HEREBY ATTEST AND CERTIFY ON April 30, 2012, THAT THE FOREGOING DOCUMENT IS A FULL, TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE, AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY. _____
Assistant Clerk

Commonwealth of Massachusetts
County of Suffolk
The Superior Court

CIVIL DOCKET# SUCV2012-00443

Richard Pareles,
vs.
Partners Healthcare System Inc,

### FINDING OF THE MEDICAL MALPRACTICE TRIBUNAL
(Pursuant to M.G.L. Chapter 231, Section 60(b) as amended)

The above entitled action came on for hearing before the appointed medical tribunal on 04/27/2012, and was argued by counsel, and thereupon, upon consideration thereof, the plaintiff(s) offer of proof, pleadings, hospital records and other documents presented, the tribunal finds:

*(1) For the plaintiff(s) _____ and that the evidence presented if properly substantiated is sufficient to raise a legitimate question of liability appropriate for judicial inquiry.

*(2) For defendant(s) _____ because the plaintiff(s)_____ action is merely an unfortunate medical result.

If a finding is made for the defendant or defendants in the above entitled action **the plaintiff may pursue the claim through the usual judicial process only upon filing bond in the amount of Six Thousand ($6,000.00) Dollars in the aggregate** secured by cash or its equivalent with the Clerk/Magistrate of this court, payable to the defendant or defendants in said action for costs assessed, including witness and expert fees and attorneys fees if the plaintiff(s) does/do not prevail in the final judgment. The presiding justice may, within his/her discretion, increase the amount of the bond required to be filed. **If said bond is not posted within thirty (30) days of the tribunal's finding the action shall be dismissed**. Upon motion filed by the plaintiff(s), and a determination by the court that the plaintiff(s) is/are indigent said justice may reduce the amount of the bond but may not eliminate the requirement thereof.

Dated: 04/27/2012

Justice of the Superior Court

_____
Associate Justice of the Superior Court Dept.

Legal Member:
_____
Attorney - Tribunal Member

Medical Member:
_____
Physician - Tribunal Member

cm

I HEREBY ATTEST AND CERTIFY ON
April 30, 2012, THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT
BY. _____
Assistant Clerk

[Handwritten margin notes: "notify" "No action taken as to Partners as Tribunal was appeared by Partners - Ellen Zucker 4/27/12 notify NC no request"]

# Commonwealth of Massachusetts
## County of Suffolk
### The Superior Court

CIVIL DOCKET# SUCV2012-00443

Richard Pareles,
vs.
Manijeh G Zhargamee MD (as amended),

## FINDING OF THE MEDICAL MALPRACTICE TRIBUNAL
(Pursuant to M.G.L. Chapter 231, Section 60(b) as amended)

The above entitled action came on for hearing before the appointed medical tribunal on 04/27/2012, and was argued by counsel, and thereupon, upon consideration thereof, the plaintiff(s) offer of proof, pleadings, hospital records and other documents presented, the tribunal finds:

*(1) For the plaintiff(s) ~~_____~~ and that the ~~evidence presented if properly substantiated is sufficient to raise a legitimate question of liability appropriate for judicial inquiry.~~

*(2) For defendant(s) Zhargamee only as to all events that occurred before 5/22/08 because the plaintiff(s) _____ action is merely an unfortunate medical result.

~~If a finding is made for the defendant or defendants in the above entitled action the plaintiff may pursue the claim through the usual judicial process only upon filing bond in the amount of Six Thousand ($6,000.00) Dollars in the aggregate secured by cash or its equivalent with the Clerk/Magistrate of this court, payable to the defendant or defendants in said action for costs assessed, including witness and expert fees and attorneys fees if the plaintiff(s) does/do not prevail in the final judgment. The presiding justice may, within his/her discretion, increase the amount of the bond required to be filed.~~ **If said bond is not posted within thirty (30) days of the tribunal's finding the action shall be dismissed.** Upon motion filed by the plaintiff(s), and a determination by the court that the plaintiff(s) is/are indigent said justice may reduce the amount of the bond but may not eliminate the requirement thereof.

(EMF)

Dated: 04/27/2012

Justice of the Superior Court

_____
Associate Justice of the Superior Court Dept.

Legal Member:
_____
Attorney - Tribunal Member

Medical Member:
_____
Physician - Tribunal Member

cm

2012 MAY -9 P 1:22
IN CLERKS OFFICE
FILED

I HEREBY ATTEST AND CERTIFY ON
April 30, 2012, THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY: _____
Assistant Clerk